UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

George Allen Cole,   Case No. 1:22-cv-1228

        Petitioner,

v.   ORDER

Angela Stuff, Warden,

        Respondent.

      Before me is the July 10, 2025 Report and Recommendation of Magistrate Judge Amanda M. Knapp, recommending I deny *pro se* Petitioner George Allen Cole's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because his grounds for relief are not cognizable in federal habeas proceedings, have been procedurally defaulted, or lack merit.[1]  (Doc. No. 15).

      Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was July 24, 2025.  The petitioner has not filed any objections and that deadline has passed.

      The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report.

---

[1] Cole currently is incarcerated at the Richland Correctional Institution, where Angela Stuff is the Warden.  Therefore, I order the Clerk of Court to substitute Stuff as the Respondent in this case. *See* Fed. R. Civ. P. 25(d).

*Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

    Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Knapp's recommendation. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

    So Ordered.

    s/ Jeffrey J. Helmick
    United States District Judge